UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIAN WALKER,

        Plaintiff,                          Case No. 1:07cv1267

v.                                        Hon. Robert J. Jonker

BADAWI ABDELLATIF, et al.,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 18, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 18, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion requesting injunctive relief (docket #29) and requesting a stay (docket # 32) are DENIED.

                                                      /s/Robert J. Jonker
                                                  ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE

Dated:  October 24, 2008