UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DORIAN WALKER,

        Petitioner,                      Case No. 1:07cv1267

v.                                                     Hon. Robert J. Jonker

BADAWI ABDELLATIF, et al.,

        Respondent.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 13, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 13, 2009, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the motion for summary judgment (docket # 18) and the motion to dismiss (docket # 30) are **GRANTED**. This case is closed.


                                                    /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE

DATED: March 5, 2009